JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESEAN RAY,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC. et al.,<br><br>        Defendants. | Case No. 2:24-cv-03545-SK<br><br>**JUDGMENT** |

In accordance with the Order Granting Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint without leave to amend, **IT IS ADJUDGED** that Plaintiff's federal claim under 42 U.S.C. § 1981 is dismissed with prejudice and his remaining state law claims are dismissed without prejudice.

DATED: May 1, 2025

_____
STEVE KIM
United States Magistrate Judge